UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | |
|---|---|
| BENJAMIN CRUZ-CRUZ, EULALIO DIEGO-CRUZ, MICAEL DIEGO-JARQUIN, AQUILEO GIJON-BAUTISTA, CAMERINO GIJON-BAUTISTA, ANDRES LOPEZ-IBARRA, FRANCISCO RAMIREZ, and ISAIAS SANTOS-CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MCKENZIE FARMS, GENE MCKENZIE, AUSTIN MCKENZIE, and CONLEY-MORGAN LAW GROUP, PLLC d/b/a CONLEY LAW GROUP, PLLC,<br><br>Defendants. | Civil Action No. 5:15-CV-157-REW<br>Judge Wier |

## ORDER APPROVING SETTLEMENT AGREEMENT

This cause came before the Court upon the motion of Plaintiffs Benjamin Cruz-Cruz, Eulalio Diego-Cruz, Micael Diego-Jarquin, Aquileo Gijon-Bautista, Camerino Gijon-Bautista, Andres Lopez-Ibarra, Francisco Ramirez, and Isaias Santos-Cruz ("Plaintiffs") and Defendants McKenzie Farms, Gene McKenzie, and Austin McKenzie ("McKenzie Defendants") to approve a Settlement Agreement and Release of Claims in the above-captioned matter. The Court, having reviewed the pleadings in this matter, the proposed Settlement Agreement and Release of Claims, and the record as a whole, finds for the purposes of this Order as follows:

1.  Plaintiffs filed this suit against four defendants, including the three McKenzie Defendants. Plaintiffs alleged four causes of action against the McKenzie Defendants: Fair Labor Standards Act ("FLSA") minimum wage violations, forced labor and trafficking under the

Trafficking Victims Protection Reauthorization Act ("TVPRA"), and a common-law claim for breach of contract under Kentucky law.

2. The parties have agreed upon a compromised settlement of Plaintiffs' claims against the McKenzie Defendants, the terms of which are set forth in the Settlement Agreement and Release of Claims.

3. The Court finds that Plaintiffs' claims against the McKenzie Defendants are bona fide disputed claims. The Court finds that Plaintiffs and the McKenzie Defendants are willing and desirous of settling Plaintiffs' claims against the McKenzie Defendants on the basis set forth in the Settlement Agreement and Release of Claims. In the opinion of the Court, the Settlement Agreement and Release of Claims represents a good faith, fair, and reasonable resolution of all of Plaintiffs' claims against the McKenzie Defendants, including full payment for minimum wages allegedly owed under the FLSA for all hours actually worked by Plaintiffs.

**IT IS THEREFORE ORDERED** that the Settlement Agreement and Release of Claims proposed by Plaintiffs and the McKenzie Defendants be and the same is in all respects approved by the Court. Plaintiffs and the McKenzie Defendants are directed to jointly file a motion for entry of final judgment as to the McKenzie Defendants pursuant to Federal Rule of Civil Procedure 54(b) within seven days of the McKenzie Defendants' payment to Plaintiffs and their attorneys, pursuant to paragraph 11 of the Settlement Agreement and Release of Claims.

**SO ORDERED** this 5th day of February, 2016.*

_____
ROBERT E. WIER
UNITED STATES MAGISTRATE JUDGE

*SEE ALSO MINUTES FROM 2.5.16 TELEPHONIC HEARING.

2